**COMMISSIONER OF INTERNAL REVENUE
v. WIDENER (three cases).**

Circuit Court of Appeals, Third Circuit.
June 20, 1929.

Nos. 4001, 4002, 4003.

834

Mabel Walker Willebrandt, Asst. Atty. Gen., and John Vaughan Groner and Barham R. Gary, both of Washington, D. C. (C. M. Charest, General Counsel, and Shelby S. Faulkner, Sp. Atty. Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellant.

Ellis Ames Ballard, William R. Spofford, and Schoffield Andrews, all of Philadelphia, Pa. (Ballard, Spahr, Andrews & Ingersoll, of Philadelphia, Pa., of counsel), for appellees.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMSON, District Judge.

BUFFINGTON, Circuit Judge. These cases present the question whether the Board of Tax Appeals erred in holding, as it did, that the racing stables of these taxpayers were operated as a "business," or a "transaction entered into for profit," within the meaning of the Revenue Acts of 1918 and 1921 (40 Stat. 1057, 42 Stat. 227). The Board of Tax Appeals held they were, and allowed reductions for losses thereby sustained. Thereupon the Commissioner took this appeal. The facts are not in dispute, and the warrant for the conclusions drawn therefrom by the

Board are so fully and satisfactorily set forth in the record as to make a restatement by this court unnecessary.

Finding no error, judgment of the Tax Board is affirmed.